1  HAGENS BERMAN SOBOL SHAPIRO LLP
   Shana E. Scarlett (SBN 217895)
2  715 Hearst Avenue
   Berkeley, California 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  shanas@hbsslaw.com

5  HAGENS BERMAN SOBOL SHAPIRO LLP
   Steve W. Berman (*Pro Hac Vice* pending)
6  1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  HAGENS BERMAN SOBOL SHAPIRO LLP
   Robert B. Carey (*Pro Hac Vice* pending)
10 11 West Jefferson, Suite 1000
   Phoenix, Arizona 85003
11 Telephone: (602) 840-5900
   Facsimile: (602) 840-3012
12 rob@hbsslaw.com

13 Attorneys for Plaintiff

14

15                      **UNITED STATES DISTRICT COURT**

16                      **NORTHERN DISTRICT OF CALIFORNIA**

17 CASEY JONES, individually and on behalf of     Case No. 5:16-cv-02835-HRL
   all others similarly situated,
18
                          Plaintiffs,             **PLAINTIFFS' NOTICE OF**
19                                                **VOLUNTARY DISMISSAL**
          v.
20
   THERANOS, INC., a California Corporation,      Judge:   Hon. Howard R. Lloyd
21
                          Defendant.
22

1   Plaintiff Casey Jones respectfully gives notice that he is dismissing this action under Rule 41(a)(1). No answer or motion for summary judgment has been filed. There is no agreement between the parties made in connection with this dismissal. Plaintiff has not moved to certify the class and no putative class member is bound by this dismissal.

DATED: June 17, 2016           HAGENS BERMAN SOBOL SHAPIRO LLP


By   */s/ Shana E. Scarlett*
    Shana E. Scarlett (SBN 217895)
715 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice pending*)
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

Steve W. Berman (*Pro Hac Vice pending*)
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff